# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-17496 (VFP) |
| LAURENCE M. BRAUNSTEIN, | Chapter: | 7 |
| Debtor. | Adv. Pro. No.: | 20-01294 |
| | Judge: | Vincent F. Papalia, U.S.B.J. |

ERIC R. PERKINS, CHAPTER 7 TRUSTEE,

    Plaintiff

v.

CALIBER HOME LOANS, INC.,

    Defendant

## NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

Eric R. Perkins, Esq., Chapter 7 Trustee in this case proposes a compromise, or to settle a claim and/or action, as described below. If you object to the settlement or compromise, you may file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than seven (7) days before the hearing date.

| Address of the Clerk: | Mail<br>P.O. Box 1352<br>Newark, New Jersey 07102-1352<br>Hand Delivery/Overnight Mail<br>Martin Luther King Jr. Courthouse<br>50 Walnut Street, Third Floor<br>Newark, New Jersey 07102<br>Or by electronic filing by registered users of the CM/ECF System. |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on **January 6, 2021** at **10:00 a.m.** at the United States Bankruptcy Court, courtroom no. 3B, M.L. King Jr. Courthouse, 50 Walnut Street, Newark, New Jersey 07102. If no objection is filed the clerk will enter a *Certificate of No Objection*, the settlement may be completed as proposed.

| Nature of action | The Trustee alleges that Defendant Caliber Home Loans, Inc. ("Defendant") was the recipient of certain non-exempt avoidable money transfers from the Debtor Laurence Braunstein and seeks in his Complaint to recover said transfers pursuant to, among other things, 11 U.S.C. § 548. |
|---|---|

106891023.1

| Pertinent terms of settlement: | Defendant has agreed to pay the Trustee a sum of Two Thousand Five Hundred ($2,500.00) Dollars, and provide a general release of claims against the Estate and the Trustee and, in exchange, the Trustee will provide a general release to Defendant of any and all claims on behalf of the Estate that are or could have been the subject of the Adversary Case.  Caliber does not admit any liability or wrongdoing concerning the allegations that were or could have been raised in the Adversary Case.  The funds shall be paid to the Trustee within twenty-one (21) days of the Bankruptcy Court's approval of this agreement. |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME:             Barry S. Crane, Esq., Becker LLC

ADDRESS:      354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039

TELEPHONE:  (973) 422-1100

106891023.1